UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LOIS MOORE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATALIE TYRELL,<br><br>　　　　　　　　Defendant. | Case No. 2:16-cv-0112-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Complaint**<br><br>(Dkt. #2) |

　　　　On January 25, 2016, Magistrate Judge Ferenbach entered his Report & Recommendation recommending dismissal of Plaintiff's complaint with leave to amend. (Dkt. #2.) No objection has been filed to that Report and Recommendation. Thus, I am not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."). Nevertheless, I have reviewed the issues set forth in the Report and Recommendation. Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision.

　　　　On February 5, 2016, plaintiff filed a one-page document that has no title, but appears to be an amended complaint. It does not cure the defects pointed out in Judge Ferenbach's Report & Recommendation. Out of an abundance of caution, I will give the plaintiff one more chance to amend her complaint to attempt to assert a proper claim.

　　　　IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. #2) is accepted, and the plaintiff's complaint is DISMISSED without prejudice. The plaintiff shall file an amended

////

complaint by April 8, 2016. If she does not file a proper complaint by that date, this case will be closed.

Dated: March 18, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE