**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LOIS MOORE, | Case No. 2:16-CV-00112-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| NATALIE TYRELL, | |
| Defendant. | |

On March 18, 2016, I entered an order dismissing the plaintiff's complaint but allowing her to file an amended complaint by April 8, 2016. ECF No. 5. I advised the plaintiff that if no amended complaint were filed by that date, this case would be closed. *Id.* No amended complaint has been filed.

IT IS THEREFORE ORDERED that the clerk of court close this case.

DATED this 3rd day of May, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE